Case 1:25-mj-00146-MAU    Document 1-1

Case: 1:25-mj-00146
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 8/18/2025
Description: COMPLAINT W/ARREST WARRANT

## Statement of Facts

On August 16, 2025, at approximately 9:40 AM, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) officers in plain cloths wearing tactical vests and visible police markings approached a male subject, who was later identified as Christian Enrique Carias Torres, ("the defendant") near 1367 R Street NW in Washington in the District of Columbia. The defendant was walking toward a scooter, parked on the roadway. After the officers started talking to the defendant, the defendant attempted to flee on foot. One officer grabbed the defendant by the shirt and a second officer came to assist.

A bystander recorded the incident and posted the video online. The video shows the officers attempting to gain control of the defendant, who was struggling with the officers and attempting to pull away. The subject then used his right leg to kick back, making physical contact with an officer's leg near the knee. The defendant's kick forced the officer's right leg away from the defendant. The defendant, wearing a blue shirt, is captured kicking the officer in the following successive images:

 

After the defendant continued to struggle against the officers, an officer used a taser to subdue the defendant, who then fell to the ground. While the defendant was on the ground, the officers directed him not to move and attempted to handcuff him. The defendant drew his knees up toward his chest and continued to struggle against the officers. The defendant's actions while on the ground are depicted in the following successive images:

  

The defendant continued to struggle against the officers and was able to stand up, forcefully and physically pushing against the officers behind him, as depicted in the image below. As this occurred, a black law enforcement vehicle pulled up behind the defendant. At the same time, another bystander stood on the other side of the street filming the arrest. The second bystander is also depicted in the image below wearing blue shorts.



The other bystander's recoding, which was posted online, captured the defendant pushing against the officers—now four of them—to stand up. As the defendant continued to push against the officers, the group fell back into the street, causing an officer to strike his head against the pavement. The officer immediately grabbed his head in reaction to the fall. These actions by the defendant are captured in the successive images below.

  

After the injured officer was pulled to safety, the defendant was tased again. The officers were then able to roll him onto his stomach and place him in handcuffs. Officers escorted the defendant to a nearby vehicle. While the officers attempted to secure the defendant with a seatbelt, the defendant tried to escape custody by climbing through the open door. Officers finally secured the defendant in the vehicle. The defendant was transported to a local fire department for medical treatment and evaluation. Upon receiving medical clearance, the defendant was transported to an ICE ERO facility in Chantilly, Virginia, for immigration processing.

STEPHEN A. WALKER, Special Agent
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of August 2025.*

Subscribed and sworn to before me on 18th day of August, 2025

_____
 MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE