UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTIAN ENRIQUE CARIAS TORRES,<br><br>    Defendant. | Case No. 1:25-mj-00146 (MAU) |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court in the interest of justice to dismiss the above captioned matter with prejudice.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  */s/ Michael D. DiLorenzo*
Michael C. DiLorenzo
Assistant United States Attorney
MD Bar Number 931214 0189
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7650
Email: michael.dilorenzo@usdoj.gov