UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTIAN ENRIQUE CARIAS TORRES,<br><br>Defendant. | Case No. 1:25-mj-00146 |

# ORDER

Upon consideration of the Government's Motion to Dismiss, and the entire record in this case, it is this 8th day of September 2025, hereby,

ORDERED, the Government's Motion to Dismiss is GRANTED; and it is further,

ORDERED, that the above captioned matter is dismissed with prejudice.

SO ORDERED.

_____
Honorable Matthew J. Sharbaugh
U.S. Magistrate Judge